DANIEL G. BOGDEN
United States Attorney
District of Nevada

DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAULA WHITE-HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-01340-~~JAS~~ JAD-NJK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM |

1  The parties stipulate, with the approval of this Court, to an extension of time to file the
2  Commissioner's Cross-Motion to Affirm by thirty days, from February 13, 2016, to March 14,
3  2016.  This is the Commissioner's first request for an extension.  There is good cause for this
4  extension because counsel for the Commissioner has determined that the certified administrative
5  record lodged in this case is missing several pages from the hearing transcript, and counsel must
6  obtain those missing pages to file with this Court before completing the briefing of this case.  The
7  parties also stipulate that Plaintiff shall have an extension to April 4, 2016, to file her reply, if
8  any, to the Commissioner's opposition and cross-motion to affirm.  Plaintiff's counsel has stated
9  that he agrees to this first extension request.

Respectfully submitted,

DATE: February 12, 2016          */s/ Neil H. Good*
                                 NEIL H. GOOD

                                 Attorney for Plaintiff
                                 Authorized by telephone on February 12, 2016

                                 DANIEL G. BOGDEN
                                 United States Attorney

DATE: February 12, 2016    By    *s/ Daniel P. Talbert*
                                 DANIEL P. TALBERT
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATE: February 12, 2016          _____
                                 HON. NANCY J. KOPPE
                                 UNITED STATES MAGISTRATE JUDGE

1